IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMA MCCULLOUGH, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-17-83 |
| SHAYOLONDA[1] HERRON, et al., | § § | |
| Defendants. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, Recommendation, and Order (Docket Entry No. 90) dated June 7, 2018, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum, Recommendation, and Order is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 11th day of July, 2018.

                                                SIM LAKE
                                                UNITED STATES DISTRICT JUDGE

---

[1] This is the spelling in the style of Plaintiff's Eighth Amended Complaint. The name is spelled various other ways in the record.