IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMA McCULLOUGH, | § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. H-17-83 |
| SHAYOLONDA HERRON, | § § § | |
| Defendant. | § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the court are the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 137), Plaintiff Jasma McCullough's Objections to the Magistrate's Memorandum and Recommendation as to Defendant's Motion for Summary Judgment (Docket Entry No. 138), and Defendant Shayolonda Herron's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Docket Entry No. 139).

The court must review de novo portions of the Magistrate Judge's proposed findings and recommendations on dispositive matters to which the parties have filed specific, written objections. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

The court has reviewed the Memorandum and Recommendation, Plaintiff's objections, and Defendant's response and concludes that Defendant Herron is entitled to qualified immunity for the reasons explained in the Memorandum and Recommendation.

**SIGNED** this 10th day of October, 2019.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE